NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7096

ERNEST L. BELL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1398, Chief Judge William P. Greene, Jr.

ON MOTION

ORDER

Upon consideration the Secretary of Veterans Affairs' unopposed motion for an extension of time, until August 7, 2009, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ernest L. Bell
Scott A. MacGriff, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 24 2009

JAN HORBALY
CLERK